**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jules Williams v. Marvlyn Jennifer Williams

Appellate case number:   01-16-00970-CV

Trial court case number: 2015-35489

Trial court:             246th District Court of Harris County

      The en banc court having voted unanimously against reconsideration, Jules Williams's motion for en banc reconsideration is **denied**.


Justice's signature:  /s/ Jane Bland
                      Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: December 28, 2017